UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR-S-02-0337-LRH(RJJ) |
| ) | |
| v. ) | O R D E R |
| ) | |
| ASATOUR MAGZANIAN, ) | |
| ) | |
| Defendant. ) | |

Before the court is a request by the United States Probation Office for early termination of the probation which was ordered by the court of Defendant, Asatour Magzanian.  Defendant Asatour Magzanian was sentenced to a term of five (5) years probation commencing on the date of his sentencing on October 20, 2003.

The court has reviewed the request for early termination and taken it into consideration.  While the court finds that Defendant Magzanian's compliance and success on supervision is laudable, this is the very compliance and success the court expected when it ordered a term of probation for five (5) years.

Due to the gravity of the underlying offense and related

criminal conduct, there will be no early termination of the probation ordered by the court.

The request for early termination is denied.

DATED this 6th day of March, 2006.

_____
LARRY R. HICKS
United States District Judge

2